Nos. 1026, 1027, and 1028. TYSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. June 4, 1934. Petition

for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Arnold R. Baar* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.